# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

HOSPITAL SERVICE DISTRICT
NO. 1 OF THE PARISH OF
TERREBONNE STATE OF
LOUISIANA

VERSUS

HOSPITAL SERVICE DISTRICT
NO. 3 OF THE PARISH OF
LAFOURCHE, STATE OF
LOUISIANA AND THIBODAUX
REGIONAL HEALTH SYSTEM, INC.

NO.  2024 CW 0218

**MARCH 20, 2024**

In Re:   Hospital Service District No. 3 of the Parish of
Lafourche, applying for supervisory writs, 32nd
Judicial District Court, Parish of Terrebonne, No.
195104.

**BEFORE:   McCLENDON, HESTER, AND MILLER, JJ.**

**STAY DENIED. WRIT DENIED.**

**PMc**
**CHH**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT